IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD SHAVER, #197875, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13-CV-43-TMH |
| ) | |
| ) | |
| MR. COX, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 7) of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims against defendants Cox and Ary arising from classification decisions issued at the St. Clair Correctional Facility are DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as the plaintiff failed to file the complaint within the time prescribed by the applicable period of limitation;

3. The plaintiff's claims against defendants Chitty and Pittman are DISMISSED with prejudice prior to service of process under the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii)

as these claims fail to state a claim on which relief may be granted; and

  4. The plaintiff's false information claim against the Sheriff of Autauga County, Alabama is referred back to the Magistrate Judge for appropriate proceedings.

  Done this 13th day of March, 2013.

             /s/ Truman M. Hobbs
             TRUMAN M. HOBBS
             SENIOR UNITED STATES DISTRICT JUDGE