IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD SHAVER, #197875, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-43-TMH ) ) |
| JAMES W. JOHNSON - SHERIFF OF AUTAUGA COUNTY, ALABAMA, | ) ) ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 17) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. 17) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for failure of the plaintiff to file an amendment to his complaint as directed by the orders of this court.

A separate judgment shall issue.

Done this 20th day of August, 2013.

   /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE